# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

In re:  Fitzgerald K Johnson                           Case Number: 07-34592
      Schnise Y Johnson                              Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

     Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

|  | **Amount of Dividend** |
|---|---|
| **Fitzgerald K Johnson**<br>**Schnise Y Johnson**<br>**4124 Farm Creek Terrace**<br>**Richmond, VA  23223** | **$ 2.92** |

**Dated: July 29, 2011**

\S\ Robert E. Hyman
_____
(Signature of Trustee)

**Robert E. Hyman**
**Standing Chapter 13 Trustee**
**P.O. Box 1780**
**Richmond, VA. 23218-1780**